**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00040-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TIMOTHY RYAN GUTIERREZ,

    Defendant.

---

**ORDER TO RESET CHANGE OF PLEA HEARING**

---

This matter is before the Court *sua sponte*. Because a conflict has arisen on the Court's docket, the Change of Plea hearing currently set for May 1, 2009, at 2:30 p.m. in Courtroom A602 of the Arraj Courthouse is RESET to **May 4, 2009, at 9:00 a.m.**

DATED: April 30, 2009.

                                                BY THE COURT:

                                                _____
                                                CHRISTINE M. ARGUELLO
                                                United States District Judge