**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00040-CMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

TIMOTHY RYAN GUTIERREZ,

      Defendant.

---

## ORDER TO RESET CHANGE OF PLEA HEARING

---

     This matter is before the Court *sua sponte.* Because a conflict has arisen on the Court's docket, the Change of Plea hearing currently set for May 4, 2009, at 9:00 a.m. in Courtroom A602 of the Arraj Courthouse is RESET to **May 4, 2009, at 1:30 p.m.**

     DATED: May __1__, 2009

                  BY THE COURT:

                  _____
                  CHRISTINE M. ARGUELLO
                  United States District Judge